# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:  AYANNA SPIKES                                                   Case No.:  23-21965

Debtor(s)

## RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE

RUSSELL D. GREER, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1) prior to his retirement. The trustee declares as follows:

1) The case was filed on  06/15/2023.
2) The plan was confirmed on  NA.
3) The plan may or may not have been modified by order after confirmation pursuant to 11 U.S.C Section 1329.
4) The trustee may or may not have filed action to remedy default by the debtor in performance under the plan.
5) The case remains active and open.
6) Number of months from filing or conversion to latest payment:  1.
7) Number of months case has been pending:  2.
8) Total value of assets abandoned by court order: NA
9) Total value of assets exempted: NA
10) Amount of unsecured claims discharged without full payment:  NONE TO DATE
11) All checks distributed by the trustee relating to this case MAY HAVE or MAY NOT HAVE cleared the bank.
12) Balance on hand as of the date of this report:   463.00

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $500.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $500.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $37.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $37.00 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| FRANCHISE TAX BOARD | Priority | 2,057.49 | NA | NA | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | 7,031.00 | NA | NA | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Secured | 2,080.00 | NA | NA | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Secured | 2,080.00 | NA | NA | .00 | .00 |
| NELNET LOAN SVS | Unsecured | 11,294.00 | NA | NA | .00 | .00 |
| OFFICE OF THE US TRUSTEE | Unsecured | NA | NA | NA | .00 | .00 |
| ROBERTSON ANSCHUTZ & SCHNEID PL | Unsecured | NA | NA | NA | .00 | .00 |
| SACRAMENTO COUNTY UTILITIES | Secured | 1,645.84 | NA | NA | .00 | .00 |
| SACRAMENTO COUNTY UTILITY BILLIN | Secured | 1,645.84 | NA | NA | .00 | .00 |
| SHELLPOINT MORTGAGE | Secured | 269,777.99 | NA | NA | .00 | .00 |
| SHELLPOINT MORTGAGE SERVICING | Secured | 269,000.00 | NA | NA | .00 | .00 |
| US DEPARTENT OF HOUSING AND URB | Secured | 70,756.64 | NA | NA | .00 | .00 |
| US DEPARTENT OF HOUSING AND URB | Secured | 70,756.64 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 31,319.00 | NA | NA | .00 | .00 |

Filed 08/31/23    Case 23-21965    Doc 34

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  AYANNA SPIKES                                Case No.:  23-21965

Debtor(s)

**RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | Secured | 1,601.03 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO | Unsecured | 1,601.03 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FINANCE INC | Secured | 1,601.03 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $37.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $37.00 |

13) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests an order be entered that approves this final report and account of retiring trustee and discharges the trustee and grants such other relief as may be just and proper.

Date:  08/31/2023                                By:  /s/RUSSELL D. GREER
                                                      Trustee