

AYANNA U SPIKES
7036 CANTEL WAY
NORTH HIGHLANDS, CA 95660
Tel (916) 576-9256
Fax (916) 526-1592
Email: ayannauspikes@berkeley.edu

**FILED**

**SEP 12 2023**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$\mathcal{I} \mathcal{P} \mathcal{P}$

AYANNA U. SPIKES

*In Pro Per*

# UNITED STATED BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: Ayanna U. Spikes,) ) Debtor. ) ) ) | CASE NO.: 23-21965 CHAPTER 13 |

## MOTION FOR AND NOTICE OF CONVERSION OF CHAPTER 13 TO CHAPTER 7

COMES NOW the Debtor, Ayanna U. Spikes, and moves this Honorable Court and files this notice of conversion of a Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code, and in support thereof, states the following:

1. Debtor filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on June 15, 2023.

2. Under 11 USC Section 706 (a) Debtor is entitled to convert this instant case, under Chapter 13, to a case under Chapter 7.

3. This case has not been previously converted.

4.  Debtor has had a change in her financial situation that makes it impossible to continue with Chapter 13.

5.  Debtor files this notice in good faith and Debtor is eligible for relief under Chapter 7

of Title 11 of the United States Code.

WHEREFORE Debtor, pursuant to 11 USC Section 706 (a) hereby gives notice of the

Conversion of this Chapter 13 case to a case under Chapter 7 of Title 11 of the United States

Code.

"without recourse"

By: Spikes, Ayanna-Umeka

Ayanna U. Spikes, Debtor Pro Se *ALL RIGHTS RESERVED*
7036 Cantel Way
North Highlands, CA 95660
Tel (916) 576-9256
Fax (916) 526-1592
Email: ayannauspikes@berkeley.edu

2

AYANNA U SPIKES
7036 CANTEL WAY
NORTH HIGHLANDS, CA 95660
Tel (916) 576-9256
Fax (916) 526-1592
Email: ayannauspikes@berkeley.edu

AYANNA U. SPIKES

*In Pro Per*

# UNITED STATED BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

In re: Ayanna U. Spikes,)
                  )
      Debtor.     )
                  )
                  )

CASE NO.: 23-21965

CHAPTER 13

### MEMORANDUM OF LAW OF POINTS AND AUTHORITIES IN SUPPORT OF DEBTOR'S MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7

Debtor, in support of her motion to convert chapter 13 case to chapter 7, cites the following points and authorities:

The Bankruptcy Code provides as follows:

A debtor wishing to convert their case pursuant to section 706 (a) must conform to the Bankruptcy Rule providing that "conversion…shall be on motion filed and served as required by Rule 9013." Federal Rule of Bankruptcy Procedure 1017 (f) (2).

There is a line of cases that hold that the right to convert is absolute only in the absence of extreme circumstances. Extreme circumstances may involve egregious conduct on the part of the debtor. If the alleged conduct was insufficiently egregious, conversion will not be denied. In re Martin, 880 F.2d 857, 859 (5th Cir. 1989). There is no allegation of egregious conduct here.

However, this line of cases represents the minority view. The majority view is that denying conversion from chapter 7 to 13 is against the clear wording of the statute. Bruce H. White, "Is a Debtor's Right to Convert Under Section 706 (A) Really Absolute?", 17 Am. Bankr. Inst. L.J. 2829 (Feb. 1998). For examples of courts following the majority view see <u>Street v. Lawson (In re Street)</u>, 55 B.R. 763, 765 (B.A.P. 9th Cir. 1985) (holding court has no discretion to deny debtor's right to convert); <u>Nelson v. Easley (In re Easley)</u>, 72 B.R. 948, 952 (Bankr. M.D. Tenn 1987) (stating debtor has an absolute right to convert if debtor is eligible and has not previously converted from another chapter); <u>In re Kleber</u>, 81 B.R. 726, 727 (Bankr. N.D. Ga. 1987) (holding that court has no discretion to disallow conversion); <u>In re Caldwell</u>, 67 B.R. 296, 300-301 (Bankr. E.D. Tenn. 1986) (ruling that unequivocal code language gives debtors an absolute right to convert); <u>In re Jennings</u>, 31 B.R. 378, 381 (Bankr. S.D. Ohio 1983) (reasoning that no limit on debtor's right to convert may be read into the Code).

The court should not deny conversion from chapter 13 to chapter 7 especially considering that no lack of good faith has been shown, or any abuse of process. Here the Debtor's motive for converting to chapter 7 is to pay her debts and not to escape debts. In the absence of any sort of egregious circumstances or any improper motive for the debtor converting from chapter 13 to chapter 7, the right of the debtor to convert the case should be considered as absolute and should be granted in accordance with the majority view of cases.

## CONCLUSION

Based upon the foregoing, Debtor's Motion to convert the case from chapter 13 to chapter 7 should be granted and Debtor should be granted the opportunity to liquidate the debtor's nonexempt assets in a manner that maximizes the return to the debtor's creditors and prays the Court grant such other and further relief as the Court deems equitable, appropriate and just.

Respectfully submitted this  11  day of  September , 2023.

"without recourse"

By: Spikes, Ayanna-Umeka

Ayanna U. Spikes, Debtor Pro Se ALL RIGHTS RESERVED
7036 Cantel Way
North Highlands, CA 95660
Tel (916) 576-9256
Fax (916) 526-1592
Email: ayannauspikes@berkeley.edu

4

AYANNA U SPIKES
7036 CANTEL WAY
NORTH HIGHLANDS, CA 95660
Tel (916) 576-9256
Fax (916) 526-1592
Email: ayannauspikes@berkeley.edu


AYANNA U. SPIKES

*In Pro Per*


# UNITED STATED BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION


In re: Ayanna U. Spikes,)
           )     CASE NO.: 23-21965
   Debtor.    )
           )     CHAPTER 13
           )


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and Notice of Conversion of Case from Chapter 13 to Chapter 7 has been furnished to all parties listed on the Debtor's creditor's matrix and amendment to creditor's matrix by U.S. Mail, postage prepaid, this 11 day of September , 2023.

"without recourse"
By: Spikes, Ayanna-Umeka
Ayanna U. Spikes, Debtor Pro Se ALL RIGHTS RESERVED
7036 Cantel Way
North Highlands, CA 95660
Tel (916) 576-9256
Fax (916) 526-1592
Email: ayannauspikes@berkeley.edu

5