UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
AYANNA U. SPIKES

Case No. 23-21965

Debtor(s).

AMENDMENT COVER SHEET

FILED
SEP 12 2023
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IPP

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- [ ] Petition
- [x] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [ ] Schedules (check appropriate boxes).
  - [ ] A/B [ ] C [ ] D [ ] E/F [ ] G [ ] H [ ] I [ ] J
- [ ] Summary of Schedules of Assets and Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

**A fee of $32 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

**NOTICE OF AMENDMENT TO AFFECTED PARTIES**

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 09/11/2023

Attorney's or *Pro Se* Debtor's Signature:
Printed Name:

"without recourse"
By: Spikes, Ayanna-Umeka
Ayanna-Umeka, Spikes
ALL RIGHTS RESERVED

**DECLARATION BY DEBTOR**

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of _9_ pages, is true and correct.

Dated: 09/11/2023 "without recourse"
By: Spikes Ayanna-Umeka
Debtor's Signature ALL RIGHTS RESERVED

Dated: _____

_____
Joint Debtor's Signature

**INSTRUCTIONS**

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Cashier's checks and money orders should be made payable to "Clerk, U.S. Bankruptcy Court." No personal checks accepted from non-attorneys. **No cash accepted.** Debit cards accepted in person at our three divisional offices.

EDC 2-015 Revised 10/22

NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage
c/o Mariah Royce – D.V.S. NewRez LLC d/b/a Shellpoint Mortgage Servicing
55 Beattie Place, Suite 500
Greenville, SC 29601


NewRez LLC d/b/a Shellpoint Mortgage Servicing
C/O QUALITY LOAN SERVICE CORPORATION
Attn: Stephanie Echeverria, Assistant Secretary – Trustee
2763 Camino Del Rio South
San Diego, CA 92108


McCarthy & Holthus, LLP
Attn: Melissa Robbins Coutts, Esq./Civil
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108


Mortgage Electronic Registration Systems, Inc. (MERS)
Attn: STEPHANIE NICOLE WESSEL, VICE PRESIDENT
1901 East Vorhees Street, Suite C
Danville, IL 61834


UNITED WHOLESALE MORTGAGE
Attn: Andrew Hubacker – Chief Financial Officer
585 South Blvd. E.
Pontiac, Michigan 48341


SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 Seventh Street, SW
Washington, DC 20410


Department of Housing and Urban Development
Attention: Single Family Notes Branch
451 Seventh Street, SW
Washington, DC 20410


Information Systems Network Corporation
Attn: Partial Claim Cash Management
2000 N Classen Blvd, Suite 3200
Oklahoma City, OK 73106


North Texas Tollway Authority (NTTA)
P.O. Box 660244
Dallas, TX 75266-0244

Texas Department of Motor Vehicles
Kenneth Maun
Collin County Tax Assessor-Collector
2300 Bloomdale Road, Suite 2302
P.O. Box 8006
McKinney, TX 75070-8006


State of California Department of Motor Vehicles
P.O. Box 997405
Sacramento, CA 95899-7405


Parkland Health and Hospital System
P.O. Box 732325
Dallas, TX 75373-2325


Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074


Consolidated Utilities Billing & Service
9700 Goethe Road, Suite C
Sacramento, CA 95827-3558


Shellpoint Mortgage Servicing
P.O. Box 51850
Livonia, MI 48151-5850


Sacramento Suburban Water District
3701 Marconi Avenue, Suite 100
Sacramento, CA 95821


Internal Revenue Service
5045 E. Butler Avenue
Fresno, CA 93888-0021


Superior Court of California, County of Sacramento
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2701


U.S. Department of Housing and Urban Development
1 Sansome Street, 12th Floor
San Francisco, CA 94104

Discover Bank
P.O. Box 3025
New Albany, OH 43054


Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119


LVNV Funding, LLC

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Wells Fargo Bank N.A., d/b/a/ Wells Fargo Auto
P.O. Box 130000
Raleigh, NC 27605


Merrick Bank


Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


LVNV Funding, LLC

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


CoServ Electric
7701 S. Stemmons
Corinth, TX 76210


OneMain
P.O. Box 3251
Evansville, IN 47731-3251


Barclays Bank Delaware


Velocity Investments LLC

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788


Bank of America, N.A.
P.O. Box 673033
Dallas, TX 75267-3033


JC PENNEY


Synchrony Bank


Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257


Navient Solutions, Inc.
220 Lasley Avenue
Wilkes-Barre, PA 18706


Nelnet Loan Services Inc.
121 S 13th Street, Suite 201
Lincoln, NE 68508


US Department of Education
P.O. Box 740283
Atlanta, GA 30374


Robertson, Anschutz, Schneid, Crane & Partners, PLLC


Bay Area Fastrak
Bay Area Toll Bridges
Toll Invoice Processing Department
P.O. Box 26879
San Francisco, CA 94126

| |
|---|
| CREDIT PLUS<br>31550 WINTER PLACE<br>SALISBURY, MD 21804 |
| NAVY FCU<br>820 FOLLIN LANE<br>VIENNA, VA 22180 |
| MIDLAND CREDIT MANAGEMEN<br>320 EAST BIG BEAVER SUITE 300<br>TROY, MI 48083 |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 1269<br>GREENVILLE, SC 29602 |
| PORTFOLIO RECOVERY<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 |
| DISCOVER BANK<br>PO BOX 30939<br>SALT LAKE CITY, UT 84130 |
| NELNET LOAN SERVICES INC<br>PO BOX 82561<br>LINCOLN, NE 68501 |
| MIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE, WI 53566 |
| WELLS FARGO DEALER SVCS<br>PO BOX 71092<br>CHARLOTTE, NC 28272 |

| |
|---|
| NAVIENT<br>PO BOX 9500<br>WILKES BARRE, PA 18773 |
| FB&T/MERCURY FINANCIAL<br>PO BOX 84064<br>COLUMBUS, GA 31908 |
| ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| NEWREZ-SHELLPOINT<br>55 BEATTIE PLACE STE 600<br>GREENVILLE, SC 29601 |
| WEBBANK/FINGERHUT<br>13300 PIONEER TRAIL<br>EDEN PRAIRIE, MN 55347 |
| DEPT OF ED / NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 |
| SYNCB/WAL-MART<br>PO BOX 71746<br>PHILADELPHIA, PA 19176 |
| BARCLAYS BANK DELAWARE<br>P.O. BOX 8803<br>WILMINGTON, DE 19899 |
| MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 |
| MRC/UNITED WHOLESALE MOR<br>8950 CYPRESS WATERS SUITE 100<br>COPPELL, TX 75019 |

| |
|---|
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998 |
| USBK COURT EASTERN CALIF<br>501 I STREET SUITE 3-200<br>SACRAMENTO, CA 95812 |
| WELLS FARGO DEALER SVC<br>PO BOX 10709<br>RALEIGH, NC 27605 |
| WEBBANK/FINGERHUT<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN 56303 |
| US BKPT CT CA SACRAMEN<br>501 I ST STE 3200<br>SACRAMENTO, CA 95814 |
| SYNCB/WALMART<br>PO BOX 965024<br>ORLANDO, FL 32896 |
| PORTFOLIO RECOV ASSOC<br>150 CORPORATE BLVD<br>NORFOLK, VA 23502 |
| ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| NR/SMS/CAL<br>75 BEATTIE PL STE 300<br>GREENVILLE, SC 29601 |
| NELNET LNS<br>PO BOX 1649<br>DENVER, CO 80201 |

| |
|---|
| NAVY FEDERAL CR UNION<br>PO BOX 3700<br>MERRIFIELD, VA 22119 |
| NAVY FEDERAL CR UNION<br>PO BOX 3700<br>MERRIFIELD, VA 22119 |
| NAVIENT<br>123 S JUSTISON ST<br>WILMINGTON, DE 19801 |
| MIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE, WI 53566 |
| MIDLAND CREDIT MANAGEM<br>320 E BIG BEAVER RD STE<br>TROY, MI 48083 |
| MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 |
| LVNV FUNDING LLC<br>PO BOX 1269<br>GREENVILLE, SC 29602 |
| FB&T/MERCURY<br>2220 6TH ST<br>BROOKINGS, SD 57006 |
| DISCOVER BANK<br>PO BOX 30939<br>SALT LAKE CITY, UT 84130 |
| DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508 |

PG & E

Sacramento Municipal Utility District

| BARCLAYS BANK DELAWARE |
| PO BOX 8803 |
| WILMINGTON, DE 19899 |
| BANK OF AMERICA |
| PO BOX 982238 |
| EL PASO, TX 79998 |