**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Ayanna Spikes,<br>               Debtor. | ) Case No. 23-21965 - C - 13<br>) Docket Control No. SC-1<br>) Document No. 26<br>) Date: 09/12/2023<br>) Time: 1:30 PM<br>) Dept: C |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion for Relief from the Automatic Stay filed by Breckenridge Property Fund 2016, LLC ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are vacated to allow Movant, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed that is recorded against the real property commonly known as 7036 Cantel Way, North Highlands, CA , California, ("Property") to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale to obtain possession of the Property.

    **IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived for cause.

    No other or additional relief is granted.

Dated: September 15, 2023

                                                      United States Bankruptcy Judge

[26] - Motion for Relief from Automatic Stay [SC-1] Filed by Creditor Breckenridge Property Fund 2016, LLC (Fee Paid $188) (eFilingID: 7251099) (jlns)