


**FILED SEP 19 2023**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

September 13, 2023

**SENT VIA MAIL**

Robert T Matsui
United Sates Courthouse
501 I Street, Suite 3-200
Modesto, California 95814

RE: **Debtor: Spikes, Ayanna; Notice of conversion to chapter 7**
**Case No.: 23-21965-C-7**
**UWM Loan #: 1219161068**
**Real Property: 7036 CANTEL WAY NORTH HIGHLANDS, CA 95660**

To whom it may concern,

United Wholesale Mortgage ("UWM") recently received a copy of the notice of conversion to chapter 7 bankruptcy case filed with respect to the above-mentioned debtor. Per a review of UWM's records, the loan for the real property listed above was service-transferred to NRZ on or about April 14, 2023. As such, UWM no longer maintains an interest in the real property.

If you have any questions or if I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Samantha Glowzenski
Legal Assistant

SAMANTHA GLOWZENSKI, Legal Assistant
585 South Blvd E, Pontiac, MI 48341 - p 800.981.8898, Ext. 8898
sglowzenski@uwm.com