United States Bankruptcy Court
Eastern District of California

In re:                                                                            Case No. 23-21965-C
Ayanna Spikes                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                               User: auto                                 Page 1 of 4
Date Rcvd: Dec 27, 2023                          Form ID: 318                          Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayanna Spikes, General Delivery, North Higlands, CA 95660-9999 |
| 23613769 | + | Bay Area Fastrak, Bay Area Toll Bridges, Toll Invoice Processing Department, P O Box 26879, San Francisco CA 94126-6879 |
| 23613770 | + | CREDIT PLUS, 31550 WINTER PLACE, SALISBURY MD 21804-1882 |
| 23584139 | | CoServ Electric, 7701 S Stemmons, Corinth TX 76210 |
| 23613760 | | CoSery Electric, 7701 S Stemmons, Corinth TX 76210 |
| 23613750 | | Consolidated Utilities Billing Servic, 9700 Goethe Road Suite C, Sacramento CA 95827-3558 |
| 23613743 | + | Department of Housing and Urban Deve, Attention Single Family Notes Branch, 451 Seventh Street SW, Washington DC 20410-0001 |
| 23570273 | + | Department of Housing and Urban Develo, Attention Single Family Notes Branch, 451 Seventh Street SW, Washington DC 20410-0001 |
| 23613744 | + | Information Systems Network Corporatio, Attn Partial Claim Cash Management, 2000 N Classen Blvd Suite 3200, Oklahoma City OK 73106-6034 |
| 23570274 | + | Information Systems Network Corporation, Attn Partial Claim Cash Management, 2000 N Classen Blvd Suite 3200, Oklahoma City OK 73106-6034 |
| 23613740 | + | Mortgage Electronic Registration Syste, Attn STEPHANIE NICOLE WESSEL VICE PRE, 1901 East Vorhees Street Suite C, Danville IL 61834-4512 |
| 23570270 | + | Mortgage Electronic Registration System, Attn STEPHANIE NICOLE WESSEL VICE PRE, 1901 East Vorhees Street Suite C, Danville IL 61834-4512 |
| 23570267 | + | NewRez LLC f k a New Penn Financial, Mariah Royce D VS NewRez LLC d b a, 55 Beattie Place Suite 500, Greenville SC 29601-5116 |
| 23613737 | + | NewRez LLC fA a New Penn Financia, c o Mariah Royce D V S NewRez LLC, 55 Beattie Place Suite 500, Greenville SC 29601-5116 |
| 23613748 | | Parkland Health and Hospital System, P O Box 732325, Dallas TX 75373-2325 |
| 23613762 | | Quantum3 Group 11C, P O Box 788, Kirkland WA 98083-0788 |
| 23570272 | + | SECRETARY OF U S DEPARTMENT OF HOUS, 451 Seventh Street SW, Washington DC 20410-0001 |
| 23613747 | | State of California Department of Motor, P O Box 997405, Sacramento CA 95899-7405 |
| 23613754 | | Superior Court of California County of, Small Claims Division, 301 Bicentennial Circle, Sacramento CA 95826-2701 |
| 23613746 | + | Texas Department of Motor Vehicles, Kenneth Maun, 2300 Bloomdale Road Suite 2302, PO Box 8006, McKinney TX 75070-8006 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Dec 28 2023 00:36:00 | Fanny Z. Wan, Robertson, Anschutz, Schneid, & Crane LL, 350 10th Avenue, Suite 1000, San Diego, CA 92101-8705 |
| aty | + | Email/Text: fax@chandra-law.com | Dec 28 2023 00:36:00 | Sam Chandra, 710 S Myrtle Ave, #600, Monrovia, CA 91016-3423 |
| tr | + | EDI: FKHUSTED.COM | Dec 28 2023 05:31:00 | Kimberly J. Husted, 11230 Gold Express Dr #310-411, Gold River, CA 95670-4484 |
| smg | | EDI: EDD.COM | Dec 28 2023 05:31:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 28 2023 05:31:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 28 2023 00:36:00 | NEWREZ LLC, ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP, 350 10TH AVENUE, SUITE 1000, SAN DIEGO, CA 92101-8705 |

Filed 12/29/23     Case 23-21965     Doc 68

| District/off: 0972-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 318 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 23613772 | + | EDI: BANKAMER | Dec 28 2023 05:31:00 | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998, 501 I STREET SUITE 79998-2238 |
| 23613774 | + | EDI: TSYS2 | Dec 28 2023 05:31:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON DE 19899, PO BOX 19899-8803 |
| 23613777 | + | EDI: BANKAMER | Dec 28 2023 05:31:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 23589395 | | EDI: BANKAMER | Dec 28 2023 05:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 23613756 | + | EDI: DISCOVER | Dec 28 2023 05:31:00 | Discover Bank, P O Box 3025, New Albany OH 43054-3025 |
| 23572910 | | EDI: DISCOVER | Dec 28 2023 05:31:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 23613776 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 28 2023 00:36:00 | FB T Mercury Financial, PO Box 84064, Columbus GA 31908-4064 |
| 23613765 | + | EDI: CALTAX.COM | Dec 28 2023 05:31:00 | Franchise Tax Board, P O Box 942857, Sacramento CA 94257-0001 |
| 23613753 | | EDI: IRS.COM | Dec 28 2023 05:31:00 | Internal Revenue Service, 5045 E Butler Avenue, Fresno CA 93888-0021 |
| 23576005 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2023 00:45:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23570269 | | Email/Text: bknotice@mccarthyholthus.com | Dec 28 2023 00:36:00 | McCarthy Holthus LLP, Attn Melissa Robbins Coutts Esq Civil, 2763 Camino Del Rio South Suite 100, San Diego CA 92108 |
| 23576764 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 28 2023 00:56:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 23613764 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2023 00:36:00 | Midland Credit Management Inc, P O Box 2037, Warren Ml 48090-2037 |
| 23594363 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2023 00:36:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 23613773 | + | EDI: NFCU.COM | Dec 28 2023 05:31:00 | NAVY FEDERAL CR UNION, PO BOX 3700, MERRIFIELD VA 22119, NAVY FEDERAL CR UNION, PO BOX 22119-3700 |
| 23613766 | + | EDI: NAVIENTFKASMSERV.COM | Dec 28 2023 05:31:00 | Navient Solutions Inc, 220 Lasley Avenue, Wilkes-Barre PA 18706-1430 |
| 23613775 | + | EDI: NFCU.COM | Dec 28 2023 05:31:00 | Navy FCU, 820 Follin Ln, Vienna VA 22180-4907 |
| 23575268 | + | EDI: NFCU.COM | Dec 28 2023 05:31:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 23613767 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2023 00:36:00 | Nelnet Loan Services Inc, 121 S 13th Street Suite 201, Lincoln NE 68508-1922 |
| 23613738 | + | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | Dec 28 2023 00:36:00 | NewRez LLC d b a SheIlpoint Mortgage, C O QUALITY LOAN SERVICE CORPORATION, Attn Stephanie Echeverria, 2763 Camino Del Rio South, San Diego CA 92108-3708 |
| 23570268 | + | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | Dec 28 2023 00:36:00 | NewRez LLC d b a SheIlpoint Mortgage S, C 0 QUALITY LOAN SERVICE CORPORATION, Attn Stephanie Echeverria Assistant Se, 2763 Camino Del Rio South, San Diego CA 92108-3708 |
| 23570315 | + | Email/Text: RASEBN@raslg.com | Dec 28 2023 00:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane LL, 350 10th Avenue, Suite 1000, San Diego, CA 92101-8705 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 23613745 | | EDI: NTXTOLWAY | Dec 28 2023 05:31:00 | North Texas Tollway Authority NTTA, P O Box 660244, Dallas TX 75266-0244 |
| 23569797 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Dec 28 2023 00:56:18 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 23588136 | | EDI: AGFINANCE.COM | Dec 28 2023 05:31:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 23588588 | | EDI: Q3G.COM | Dec 28 2023 05:31:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23613758 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2023 00:56:29 | Resurgent Capital Services, P O Box 10587, Greenville SC 29603-0587 |
| 23613752 | + | Email/Text: feedback@sswd.org | Dec 28 2023 00:36:00 | Sacramento Suburban Water District, 3701 Marconi Avenue Suite 100, Sacramento CA 95821-5346 |
| 23613751 | | Email/Text: mtgbk@shellpointmtg.com | Dec 28 2023 00:36:00 | Shellpoint Mortgage Servicing, P O Box 51850, Livonia MI 48151-5850 |
| 23613749 | | Email/Text: dl-csgbankruptcy@charter.com | Dec 28 2023 00:36:00 | Spectrum, P O Box 60074, City of Industry CA 91716-0074 |
| 23613755 | + | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Dec 28 2023 00:56:18 | U S Department of Housing and Urban De, 1 Sansome Street 12th Floor, San Francisco CA 94104-4430 |
| 23613741 | | Email/Text: vdimambro@uwm.com | Dec 28 2023 00:36:00 | UNITED WHOLESALE MORTGAGE, Attn Andrew Hubacker Chief Financia, 585 South Blvd E, Pontiac Michigan 48341 |
| 23570271 | | Email/Text: vdimambro@uwm.com | Dec 28 2023 00:36:00 | UNITED WHOLESALE MORTGAGE, Attn Andrew Hubacker Chief Financial, 585 South Blvd E, Pontiac Michigan 48341 |
| 23613768 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2023 00:36:00 | US Department of Education, P O Box 740283, Atlanta GA 30374-0283 |
| 23576760 | + | EDI: WFFC2 | Dec 28 2023 05:31:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 23613759 | + | EDI: WFFC2 | Dec 28 2023 05:31:00 | Wells Fargo Bank NA d b a Wells Fargo, P O Box 130000, Raleigh NC 27605-1000 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23613771 | | NAVIENT, PO BOX 9500, WILKES BARRE PA 18773, PO BOX 84064 |
| 23613763 | * | Bank of America N A, P O Box 673033, Dallas TX 75267-3033 |
| 23613739 | *P++ | MCCARTHY & HOLTHUS LLP, 2763 CAMINO DEL RIO S SUITE 100, SAN DIEGO CA 92108-3708, address filed with court:, McCarthy Holthus LLP, Attn Melissa Robbins Coutts Esq Civil, 2763 Camino Del Rio South Suite 100, San Diego CA 92108 |
| 23613757 | *+ | Navy Federal Credit Union, P O Box 3000, Merrifield VA 22119-3000 |
| 23613761 | * | OneMain, P O Box 3251, Evansville IN 47731-3251 |
| 23613742 | *+ | SECRETARY OF U S DEPARTMENT OF HOUS, 451 Seventh Street SW, Washington DC 20410-0001 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0972-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 27, 2023 | Form ID: 318 | Total Noticed: 62 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023      Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ayanna Spikes<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–7529<br>EIN　55–7537529 |
| Debtor 2<br>(Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN　_ _ _ _<br>EIN　_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court　Eastern District of California | | |
| Case number:　23–21965 | | |

# Order of Discharge　　　　　　　　　　　　　　　　　　　　　　　12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

　Ayanna Spikes

12/27/23　　　　　　　　　　　　　　　　**By the court:**　<u>Christopher M. Klein</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**