```
 1  Law Offices of Mark Shmorgon
    Mark Shmorgon, SBN: 255939
 2  5015 Madison Ave., Suite A
 3  Sacramento, CA 95841
    Tel: (916) 640-7599
 4  Fax: (916) 244-4448
    Email: shmorgonlaw@gmail.com
 5
    Attorney for Debtor(s)
 6  AYANNA SPIKES
 7
                        UNITED STATES BANKRUPTCY COURT
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9
10  In re:                                  Case No.: 23-21965-C-7

11  AYANNA SPIKES,                          In Chapter 7

12                                          SUBSTITUTION OF ATTORNEY
13
14
                Debtor(s).
15  _____/

16                                  NOTICE
17     TO: THE TRUSTEE, DAVID CUSICK; THE UNITED STATES TRUSTEE, AND TO
18  ALL OTHER INTERESTED PARTIES:
19
       AYANNA SPIKES, hereby substitutes, MARK SHMORGON, as her
20
21  attorney of record in the above captioned bankruptcy case in

22  place and stead of AYANNA SPIKES, in pro se.

23  The name, address, and telephone number of the new attorney is:

24                            Mark Shmorgon
25
                        5015 Madison Ave., Suite A
26
                           Sacramento, CA 95841
27
                              (916) 640-7599
28
```

Agreed:

DATED: 1/15/24            By: *Spikes, Ayanna-Umeka*
                              Ayanna Spikes
                              Debtor

I approve and accept the above substitution

DATED: 1/15/24            By: *[signature]*
                              Mark Shmorgon, Esq.
                              Law Offices of Mark Shmorgon